IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02937-REB-BNB

CATHY GARCIA,

Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation,

Defendant.
_____

**ORDER**
_____

This matter arises on the following:

(1) **Plaintiff's Motion to Extend the Discovery Cutoff Date and the Dispositive Motion Deadline** [Doc. # 22, filed 3/28/2014] (the "Motion to Extend"); and

(2) **Defendant's Motion for Protective Order** [Doc. # 27, filed 4/9/2014] (the "Motion for Protective Order").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Extend [Doc. # 22] is DENIED; and

(2) The Motion for Protective Order [Doc. # 27] is DENIED as moot.

Dated April 18, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge