## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 13-cv-02937-REB-BNB

CATHY GARCIA,

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC.,

    Defendant.

## ORDER OVERRULING PLAINTIFF'S OBJECTIONS
## TO THE RECOMMENDATION OF UNITED STATES
## MAGISTRATE JUDGE PURSUANT TO FED. R. CIV. P. 72(a)

**Blackburn, J.**

The matter before me is **Plaintiff's Objections to the Recommendation of United States Magistrate Judge Pursuant to Fed. R. Civ. P. 72(a)** [#35],[1] filed May 2, 2014. I overrule the objections.

Plaintiff's objections pertain to non-dispositive matters that were referred to the magistrate judge for resolution. Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(a), I may modify or set aside any portion of a magistrate judge's order which I find to be clearly erroneous or contrary to law. Having reviewed the magistrate judge's order and the transcript of the apposite hearing; the apposite motion, response, and reply; plaintiff's objections; and defendant's response thereto, I conclude that the magistrate judge's order is not clearly erroneous or contrary to law.

---

[1] "[#35]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS** ordered that **Plaintiff's Objections to the Recommendation of United States Magistrate Judge Pursuant to Fed. R. Civ. P. 72(a)** [#35], filed May 2, 2014, are **OVERRULED**.

Dated June 2, 2014, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge