**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-02937-REB-BNB

CATHY GARCIA,

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC.,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTIONS IN LIMINE

**Blackburn, J.**

The matters before me are (1) **Defendant's Renewed Unopposed Motion In Limine To Exclude Reference to Any Insurance Policy** [#63],[1] filed April 27, 2015; (2) the **Renewed Unopposed Plaintiff's Motion *In Limine* as to Plaintiff's Attorney's Fees and Costs and Motive of Plaintiff and/or Her Attorney** [#65], filed April 27, 2015; and (3) the **Renewed Unopposed Plaintiff's Motion *In Limine* as to Plaintiff's Other Debts and Any Other Court Cases or Litigation That Involved the Plaintiff** [#66], filed April 27, 2015.  As noted by their titles, all three motions are unopposed.  Given the parties' agreements that the matters referenced therein are not properly put before the jury, and having otherwise been apprised of the premises, I find that the motions are well taken and should be granted.

---

[1] "[#63]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendant's Renewed Unopposed Motion In Limine To Exclude Reference to Any Insurance Policy** [#63], filed April 27, 2015, is granted;

2. That the **Renewed Unopposed Plaintiff's Motion *In Limine* as to Plaintiff's Attorney's Fees and Costs and Motive of Plaintiff and/or Her Attorney** [#65], filed April 27, 2015, is granted;

3. That the **Renewed Unopposed Plaintiff's Motion *In Limine* as to Plaintiff's Other Debts and Any Other Court Cases or Litigation That Involved the Plaintiff** [#66], filed April 27, 2015, is granted; and

4. That pending further order, all parties are precluded and prohibited from offering or discussing evidence in the presence of the jury relating to (a) any insurance coverage defendant may have; (b) plaintiff's attorney fees and costs, including testimony that attorney fees and costs are the primary motivation for this lawsuit; and (c) any other cases in litigation in which plaintiff is involved, or any other debts that plaintiff may have in collection or otherwise.

Dated May 7, 2015, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge