**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Date:             May 11, 2015

Deputy Clerk:     Kathleen Finney
Court Reporter:   Tracy Weir

**Civil Action No.  13-cv-02937-REB-NYW**

*Parties:*                                      *Counsel:*

CATHY GARCIA,                                   David Larson

         Plaintiff,
v.

MIDLAND CREDIT MANAGEMENT INC.,                 Joseph Lico

         Defendant.

**COURTROOM MINUTES**

**Trial to Jury - Day Two**

**ORDERED:** Lunch will be provided to the Jury during their deliberations.

**1:46 p.m.    Court in session.**

Jury is not present.

The bailiff has informed the court that the foreperson of the jury has reported that this jury has reached and returned a unanimous verdicts in the trial of this case.

1:48 p.m.    Jury is present.

Court reads the verdict.

Court polls the jurors.

Jury is given its closing trial instructions, given the thanks of the court, and is discharged. Court has granted permission for counsel for the parties to speak with the jurors, if the jurors wish to speak with counsel.

1:54 p.m.     Jury exits.

Court's closing remarks.

**1:56 p.m.     Court in Recess**.

Total time in court:   00:10

Trial concluded.