IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Case No. 13-cv-02937-REB-NYW

CATHY GARCIA,

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT INC.,

    Defendant.

## NOTE TO THE COURT

_____ We the jury, have a question.

\_\_\_\_X\_\_\_\_\_ We the jury, have a verdict.

Please write your question to the Court below:

_____
_____
_____
_____
_____
_____

**Answer by the Court:**

_____
_____

*rec'd 5/12/15 @ 1:30 pm*