IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Action No. 13-cv-02937-REB-BNB

CATHY GARCIA,

      Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation,

Defendant.

---

## VERDICT FORM

---

We the jury, on our oaths, present our Answers to Questions submitted by the Court, to which we have all agreed:

1. Do you find the plaintiff, CATHY GARCIA, has proven by a preponderance of the evidence that defendant violated section 1692e, preface, of the Fair Debt Collection Practices Act as alleged in Claim One, the essential elements of which are set forth in Instruction No. 10?

    **ANSWER:** Yes: ✓  No: _____

2. Do you find the plaintiff, CATHY GARCIA, has proven by a preponderance of the evidence that defendant violated section 1692e(2)(A) of the Fair Debt Collection Practices Act as alleged in Claim Two, the essential elements of which are set forth in Instruction No. 11?

    **ANSWER:** Yes: _____  No: ✓

3. Do you find the plaintiff, CATHY GARCIA, has proven by a preponderance of the evidence that defendant violated section 1692e(8) of the Fair Debt Collection Practices Act as alleged in Claim Three, the essential elements of which are set forth in Instruction No. 12?

**ANSWER:** Yes: ✓    No: _____

4. Do you find the plaintiff, CATHY GARCIA, has proven by a preponderance of the evidence that defendant violated section 1692e(10) of the Fair Debt Collection Practices Act as alleged in Claim Four, the essential elements of which are set forth in Instruction No. 13?

**ANSWER:** Yes: _____    No: ✓

**[If you answered "Yes" to any one or more of Questions No. 1 through 4, please answer Question No. 5. If you answered "No" to each and all of Questions No. 1 through 4, do not answer Question No. 5, but sign and date the Verdict Form.]**

5. What amount of statutory damages (not to exceed $1,000.00) do you award plaintiff? Please answer in dollars and cents.

$ 220.50

DATED: May 12, 2015