**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  13-cv-02937-REB-NYW

CATHY GARCIA,

      Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT INC.,

      Defendant.

---

**FINAL JUDGMENT**

---

This action was tried before a jury of seven sworn to try the issues herein with the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado, presiding. The jury has rendered unanimous verdicts. In accordance with the verdicts of the jury and the orders filed during pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

1.  The jury found in favor of plaintiff on the claim that defendant violated section 1692e, preface, of the Fair Debt Collection Practices Act as alleged in Claim One.

2.  The jury found in favor of defendant on the claim defendant violated section 1692E(2)(A) of the Fair Debt Collection Practices Act as alleged in Claim Two.

3.  The jury found in favor of plaintiff on the claim that defendant violated section 1692e(8) of the Fair Debt Collection Practices Act as alleged in Claim Three.

4.  The jury found in favor of defendant on the claim that defendant violated section 1692e(10) of the Fair Debt Collection Practices Act as alleged in Claim Four.

5.  The jury awarded statutory damages in the amount of two hundred twenty

dollars and fifty cents ($220.50).

**THEREFORE, IT IS ORDERED** and **ADJUDGED** as follows:

1. That as prescribed under Federal Rules of Civil Procedure 58, judgment is **ENTERED** for the plaintiff, CATHY GARCIA, against the defendant, MIDLAND CREDICT MANAGEMENT INC., in the amount of two hundred twenty dollars and fifty cents ($220.50);

2. That plaintiff is **AWARDED** her costs to be taxed by the clerk of the court in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1;

3. That pursuant to 28 U.S.C. § 1961, plaintiff is **AWARDED** post-judgment interest, at the rate of 0.23%, from the date of this order until the judgment is fully paid; and

4. That any request for attorney fees and additional costs and expenses **SHALL BE MADE** in the manner prescribed by the law applicable to the request.

DATED at Denver, Colorado, this 1st day of June 2015.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/Kathleen Finney
     Kathleen Finney
     Deputy Clerk